UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL KENT,<br><br>Defendant. | CRIMINAL ACTION NO.<br>4:17-CR-00039-06-JPB |

# **ORDER ADOPTING NON-FINAL REPORT AND RECOMMENDATION REGARDING COMPETENCY OF MICHAEL KENT**

This matter comes before the Court on the Magistrate Judge's Non-Final Report and Recommendation Regarding Competency of Michael Kent [Doc. 316]. The Magistrate Judge recommended finding Defendant competent to stand trial. This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Because no objections have been filed, and in accordance with 28 U.S.C. § 636(b)(1) and Local Criminal Rule 59(2), the Court has reviewed the Non-Final Report and Recommendation for clear error and finds none.

Accordingly, the Court APPROVES AND ADOPTS the Non-Final Report and Recommendation [Doc. 316] as the opinion of the Court and finds Defendant competent to stand trial.

**SO ORDERED** this 1st day of April, 2020.

J. P. BOULEE
United States District Judge